UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JONATHAN ROGERS | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:18-CV-512-FL |
| KINGS BOWL AMERICA, LLC | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 18, 2019, and for the reasons set forth more specifically therein, the court GRANTS defendant's motion to dismiss.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 18, 2019 that by plaintiff's failure to timely file motion to amend his complaint, as allowed by order of the court entered July 18, 2019, the court dismisses the complaint with prejudice.

**This Judgment Filed and Entered on August 13, 2019, and Copies To:**
Jonathan Rogers (via US mail) 7869 Knightdale Blvd, Knightdale, NC 27545
Julie Kerr Adams / Justin Engel (via CM/ECF Notice of Electronic Filing)

August 13, 2019            PETER A. MOORE, JR., CLERK

                                          /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk